UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DON WILLIAMS, | No. 2:17-cv-2627 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner has requested an extension of time to file an amended petition for writ of habeas corpus and possibly a motion for stay. ECF No. 13.

Good cause appearing, IT IS HEREBY ORDERED that petitioner's motion for an extension of time (ECF No. 13) is granted and within thirty days of service of this order petitioner may file an amended petition and a motion for stay. If petitioner fails to file an amended petition, the case will proceed on the first amended petition.

DATED: November 26, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE